UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| rePLANET HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:19-cv-00133-NONE-EPG<br><br>ORDER FOLLOWING STATUS CONFERENCE |

The Court held a status conference in this matter on March 10, 2020. Ryan Lapine personally appeared on behalf of Plaintiff reHoldings, Inc. ("Plaintiff"). Ken Watnick appeared telephonically on behalf of Defendant Federal Insurance Company ("Federal"). The parties agreed to a continuation of scheduling order dates to allow for the deposition or limited re-deposition of (1) Federal Insurance Company 30(b)(6) witness Kenneth West, (2) Federal Insurance Company employee Kimberly Russell, (3) a 30(b)(6) witness of Stater Bros., and (4) Beaumont Police Officer Leonard Romero.

Accordingly, IT IS ORDERED that the scheduling order is modified, as follows to accommodate these depositions:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off | March 13, 2020 | March 31, 2020 |
| Expert Disclosure | April 3, 2020 | April 17, 2020 |

1

| | | |
|---|---|---|
| Expert Rebuttal | April 27, 2020 | May 8, 2020 |
| Expert Discovery cut-off | May 15, 2020 | May 29, 2020 |
| Dispositive Motion (filing) | June 12, 2020 | June 26, 2020 |
| Pretrial Conference | September 22, 2020 | November 5, 2020 |

The Pretrial Conference shall take place at 8:15 a.m. in Courtroom 4 (7th Floor) before the Honorable District Judge Dale A. Drozd. In light of the recently-issued "Standing Order in Light of Ongoing Judicial Emergency in Eastern District of California," the Court is not setting new civil jury trial dates for cases pending before Judge Drozd. The Court refers the litigants to that order to determine how civil jury trials before Judge Drozd will be set going forward.

Next, for the reasons stated on the record, the Court DENIES Plaintiff's request to serve limited interrogatories and requests for admission on Defendant related to Defendant's supplemental document production on March 3, 2020.

Turning to Plaintiff's request for the Court to order Defendant to pay its costs relating to the deposition of Kimberly Russell, IT IS ORDERED that Plaintiff shall filed a brief on this issue no later than the close of business on March 12, 2020. Defendant may file a responsive brief no later than the close of business on March 16, 2020. The briefs shall be limited to five pages and may contain up to ten pages of exhibits.

Further, IT IS ORDERED, that the parties shall meet and confer regarding their desire to engage in a settlement conference and, no later than the close of business on March 20, 2020, the parties shall jointly email Courtroom Deputy Michelle Rooney explaining whether they wish to have a settlement conference, and, if so, on what dates.

Finally, IT IS ORDERED that a status conference is set for June 15, 2020, at 10:00 a.m. in Courtroom 10 before the Honorable Erica Grosjean, with the parties to file a joint status report one week prior to the conference.
IT IS SO ORDERED.

Dated: **March 11, 2020**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE