UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| rePlanet Holdings, Inc,<br><br>  Plaintiff,<br><br>  v.<br><br>Federal Insurance Company,<br><br>  Defendant, | Case No. 1:19-cv-00133 -EPG<br><br>ORDER (1) SETTING TELEPHONIC SETTLEMENT CONFERENCE,<br>(2) REQUIRING PARTICIPATION BY CERTAIN INDIVIDUALS, (3) REQUIRING SETTLEMENT CONFERENCE STATEMENT MEETING CERTAIN PARAMETERS, AND (4) SCHEDULING PRE-CONFERENCE DISCUSSION |

Magistrate Judge Jeremy D. Peterson will hold a telephonic settlement conference on April 30, 2020, at 10:00 a.m. The court expects that the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible. Unless otherwise specifically authorized by the court in advance of the settlement conference, the following individuals must participate in the settlement conference: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with full authority to negotiate and settle the case, on any terms.

No later than one week prior to the settlement conference, each party must submit to Judge Peterson's chambers at jdporders@caed.uscourts.gov a confidential settlement conference statement. These statements should neither be filed on the docket nor served on any other party.

The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference. While brevity is appreciated, each statement must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from your party's perspective;

(3) an itemized estimate of your party's expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will obtain a finding of liability should this case proceed to trial, in percentage terms;

(5) your best estimate of recovery by plaintiff should this case proceed to trial and defendant be found liable, in specific dollar terms; consider providing:

    (a) a realistic high-end recovery estimate (i.e., realistic best- or worst-case scenario)

    (b) a realistic low-end recovery estimate (i.e., realistic worst- or best-case scenario), and

    (c) a best estimate of the most likely outcome;

(6) a history of settlement discussions (including a listing of any past and current settlement offers from any party, in specific dollar terms) and a statement of your expectations for settlement discussions;

(7) a list of the individuals who will be participating in the settlement conference on your party's behalf, including each participant's name and, if appropriate, title; and

(8) identification of any related cases or of any other cases that the parties might wish to discuss at this settlement conference.

Magistrate Judge Jeremy D. Peterson will hold a short, pre-settlement conference telephone discussion on April 17, 2020 at 10:00 a.m. (dial-in number: 1-888-204-5984; passcode: 4446176). Only the lead attorney from each side[1] should participate.

---

[1] The court expects that the attorneys participating in the telephone discussion will also participate in the settlement conference.

Although Judge Peterson prefers in-person settlement conferences, the April 30, 2020 settlement conference will be held telephonically (dial-in number: 1-888-204-5984; passcode: 4446176). This is a precautionary measure taken in light of the COVID-19-related circumstances outlined in General Order No. 611.

IT IS SO ORDERED.

Dated:  April 11, 2020   _____
UNITED STATES MAGISTRATE JUDGE