1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPLANET HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants. | No. 1:19-cv-00133-NONE-EPG <br><br> ORDER GRANTING JOINT STIPULATION RE EXPERT DISCOVERY DEADLINES <br><br> (ECF No. 110) <br><br> ORDER DENYING JOINT STIPULATION RE DISCOVERY DEADLINES AS MOOT <br><br> (ECF No. 101) |

On August 13, 2020, the parties filed a joint stipulation to continue certain pretrial deadlines. (ECF No. 110). Good cause appearing, the Court GRANTS the stipulation. The parties' earlier stipulation (ECF No. 101), which also concerned discovery dates, is DENIED, AS MOOT. The Court is also setting a new pretrial conference and trial based on the Court's availability.

///
///
///
///
///
///

1

Accordingly, it is HEREBY ORDERED, that the scheduling order is modified as follows:

| Event | Date |
|---|---|
| Nonexpert discovery cutoff date, as to Federal Insurance Company's 30(b)(6) deposition of Kenneth West, the completion of the Kimberly Russell deposition, the deposition of Beaumont Police Officer Leonard Romero, and Stater Brothers Market's 30(b)(6) deposition only, shall be set for September 30, 2020. | September 30, 2020 |
| Expert disclosure deadline, which shall be served by overnight mail | October 30, 2020 |
| Expert rebuttal deadline, which shall be served by overnight mail | November 30, 2020 |
| Expert discovery cutoff | December 30, 2020 |
| Pretrial conference | January 28, 2021, at 8:30 a.m. |
| Trial | March 30, 2021, at 8:30 a.m. |

It is further HEREBY ORDERED that the parties' stipulation (ECF No. 101) is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **August 14, 2020**              /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE