UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPLANET HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants. | No. 1:19-cv-00133-NONE-EPG <br><br> ORDER RE EXPERT DISCOVERY DEADLINES <br><br> (ECF No. 112) |

On October 1, 2020, the parties filed a joint stipulation to continue certain pretrial deadlines. (ECF No. 112). Good cause appearing, the Court GRANTS the stipulation.

Accordingly, it is HEREBY ORDERED, that the scheduling order is modified as follows:

| Event | Date |
|---|---|
| Continued deposition of Kenneth West | October 14, 2020 |
| Continued deposition of rePlanet's Rule 30(b)(6) witness | October 20, 2020 |
| Continued deposition of Kimberly Russell | October 27, 2020 |
| The nonexpert discovery cutoff date, as to depositions of Kimberly Russell, Kenneth West, rePlanet's Rule 30(b)(6) witness, Stater Bros.'s Rule 30(b)(6) witness, and Officer Leonard Romero only | October 27, 2020 |
| Expert disclosure deadline, which shall be served by overnight mail | November 20, 2020 |
| Expert rebuttal deadline, which shall be served by overnight mail | December 15, 2020 |

1

| Expert discovery cutoff | December 30, 2020 |
| Pretrial conference | January 28, 2021, at 8:30 a.m. |
| Trial | March 30, 2021, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: __October 2, 2020__              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2