# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPLANET HOLDINGS, INC., <br> Plaintiff, <br> v. <br> FEDERAL INSURANCE COMPANY, et al., <br> Defendants. | No. 1:19-cv-00133-NONE-EPG <br><br> ORDER RE EXPERT DISCOVERY DEADLINES |

On November 17, 2020, the parties filed a joint stipulation to continue certain pretrial deadlines due to an attorney's illness.[1] (ECF No. 114). Good cause appearing, the Court GRANTS the stipulation and modifies the discovery deadlines per the parties' requests.

The parties seek to continue the pretrial conference until February 2021. The Court will continue it to July 22, 2021 and vacate the trial date. Given the judicial emergency, (ECF No. 62), and the ongoing pandemic, civil trials before the district judge will be substantially delayed. The Court will therefore not set a trial at this time. The parties may request a trial date at the pretrial conference.

///

///

///

---

[1] The Court wishes Mr. Herr a speedy recovery.

1

Accordingly, it is HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Date |
|---|---|
| Expert disclosure deadline, which shall be served by overnight mail | December 21, 2020 |
| Expert rebuttal deadline, which shall be served by overnight mail | January 12, 2021 |
| Expert discovery cutoff | February 4, 2021 |
| Pretrial conference | July 22, 2021, at 8:15 a.m. |
| Trial | VACATED |

IT IS SO ORDERED.

Dated: __**November 19, 2020**__            /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

2