UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPLANET HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants. | No. 1:19-cv-00133-NONE-EPG <br><br> ORDER RE EXPERT DISCOVERY DEADLINES |

On December 16, 2020, the parties filed a joint stipulation to continue certain pretrial deadlines. (ECF No. 117). Good cause appearing, the Court GRANTS the stipulation and modifies the discovery deadlines per the parties' requests.

Accordingly, it is HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Previous Date | Revised Date |
|---|---|---|
| Expert rebuttal deadline, which shall be served by overnight mail | January 12, 2021 | January 20, 2021 |
| Expert discovery cutoff | February 4, 2021 | February 19, 2021 |
| Pretrial conference | July 22, 2021, at 8:15 a.m. | July 22, 2021, at 8:15 a.m. (unchanged) |
| Trial | VACATED | VACATED (unchanged) |

IT IS SO ORDERED.

Dated:  **December 23, 2020**          /s/ Erica P. Grosjean
                    UNITED STATES MAGISTRATE JUDGE

1