UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| REPLANET HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendant. | No. 1:19-cv-00133-NONE-EPG <br><br> ORDER GRANTING STIPULATION CONCERNING SCHEDULING ORDER |

On January 20, 2021, the parties filed a stipulation to modify certain pretrial deadlines. (ECF No. 131).

Finding good cause, the Court grants the stipulation. Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Previous Date | Revised Date |
|---|---|---|
| Expert disclosure deadline for the remainder of the report of Dr. Delores Conway.  Dr. Conway may serve a further report limited to the two grocery stores chains that were not the subject of the December 21 or January 4 disclosures.  Dr. Conway's further disclosure on February 12, 2021 shall include a complete statement of all opinions she will express relating to those two grocery chains and the basis | January 20, 2021 (general expert disclosure deadline) | February 12, 2021 |

1

| | | |
|---|---|---|
| and reasons for them, the facts or data she considered in forming them, and any exhibits that will be used to summarize or support them. | | |
| Expert rebuttal deadline, which shall be served by overnight mail | January 20, 2021 | May 13, 2021 |
| Expert discovery cutoff | February 19, 2021 | June 28, 2021 |
| Pretrial conference | July 22, 2021, at 8:15 a.m. | July 22, 2021, at 8:15 a.m. (unchanged) |
| Trial | VACATED | VACATED (unchanged) |

IT IS SO ORDERED.

Dated: **January 21, 2021**        /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE