# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPLANET HOLDINGS, INC., | Case No. 1:19-cv-00133-NONE -EPG |
| Plaintiff, | |
| v. | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | (ECF No. 142) |

Plaintiff rePlanet Holdings, Inc., and Defendant Federal Insurance Company have filed a stipulation to dismiss the entire action with prejudice (ECF No. 142). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **April 19, 2021**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE